452 A.2d 47
Commonwealth v. Jordan, Appellant.

Submitted January 27, 1981. Elaine DeMasse, Assistant Public Defender, for appel-

596

lant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, CAVANAUGH and LIPEZ, JJ.

Judgment of sentence affirmed.